AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Pallmeyer, Rebecca R. | **2. Court or Organization**<br><br>U.S. District Court | **3. Date of Report**<br><br>05/12/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

219 South Dearborn Drive
Room 2146
Chicago, Illinois 60604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Northwestern University Salary |
| 2. | 3/2/15 | Royalty: John Wiley & Sons |
| 3. | 8/30/15 | Royalty: John Wiley & Sons |
| 4. | 8/31/15 | Honorarium: American Psychological Association ($500) |
| 5. | 9/14/15 | Royalty: Copyright Clearance |
| 6. | 9/29/15 | Royalty: Guilford Press |
| 7. | 10/30/15 | Honorarium: Mt. Lebanon Luthern Church ($500) |
| 8. | 10/30/15 | Royalty: Oxford University Press |
| 9. | 10/31/15 | Honorarium: University of California, Riverside ($200) |
| 10. | 11/8/15 | Honorarium: Rockford University ($300) |
| 11. | 11/9/15 | Honorarium: Lake Forest College ($150) |
| 12. | 11/29/15 | Honorarium: University of Chicago ($1,500) |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pallmeyer, Rebecca R.** | 05/12/2016 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Seventh Circuit Bar Association | 5/3/15 - 5/5/15 | Milwaukee, IL | Seventh Circuit Meeting | meals |
| 2. | University of Louisville, Kentucky | 6/10/15 - 6/11/15 | Louisville, Kentucky | Seminar - participant | lodging, meals, transportation |
| 3. | ALI-CLE | 7/22/15-7/25/15 | Santa Fe, New Mexico | Seminar- participant | lodging, meals, transportation |
| 4. | University of St. Thomas Law School | 9/17/15-9/20/15 | Minneapolis, MN | Seminar- participant | lodging, meals, transportation |
| 5. | Duke Law School | 10/7/15-10/10/15 | Durham, North Carolina | Seminar | lodging, meals, transportation |
| 6. | University of California, Berkeley, School of Law | 12/9/15-2/11/15 | Palo Alto, California | Seminar- participant | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Checking account: Chase, Evanston, IL | A | Interest | K | T | | | | | |
| 2.   CD: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 3.   Money Market Account: Chase, Evanston, IL | A | Interest | N | T | | | | | |
| 4.   TIAA-CREF Traditional Annuity | | None | P1 | T | | | | | |
| 5.   Metropolitan Life | A | Dividend | J | T | | | | | |
| 6.   American Funds New World Fund A | | None | L | T | | | | | |
| 7.   Franklin Rising Dividends C | | None | K | T | | | | | |
| 8.   Oppenheimer Sr. FLTG Rate | C | Dividend | L | T | | | | | |
| 9.   Vanguard World Fund | B | Dividend | L | T | | | | | |
| 10.  Vanguard Index TR | B | Dividend | L | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca R. Pallmeyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544